# IN THE SUPREME COURT OF THE STATE OF NEVADA

S&C CLAIMS SERVICES, INC.; AND
NORTHERN NEVADA LATH AND
PLASTER.,

             Appellants,

        vs.

WALTER ANDERSON,

             Respondent.

No. 75671

**FILED**

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Lynne K. Simons, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       The Law Firm of Herb Santos, Jr.
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

18-28884